**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**INJAH TAFARI,**

              **Plaintiff,**          **9:12-cv-662 (GLS/ATB)**

      **v.**

**JASON FERRICK et al.,**

              **Defendants.**
_____

## ORDER

Pursuant to the court's orders of October 31 and November 21, 2012, this case is dismissed for failure to pay the statutory filing fee. (*See* Dkt. Nos. 15, 21.)

**ACCORDINGLY**, it is hereby

**ORDERED** that this case is **DISMISSED** for failure to pay the statutory filing fee; and it is further

**ORDERED** that the Clerk is directed to close this case, enter judgment for defendants and provide a copy of this Order to the parties.

**IT IS SO ORDERED.**

January 30, 2013
Albany, New York

*/s/ Gary L. Sharpe*
Gary L. Sharpe
Chief Judge
U.S. District Court